1
2
3
4
5                     UNITED STATES DISTRICT COURT
6                          DISTRICT OF NEVADA
                              -oOo-
7
8    WILLIAM D. BRANNON,              )        2:10-CV-01410-PMP-LRL
                                      )
9              Petitioner,            )
                                      )
10   vs.                              )        **ORDER**
                                      )
11   UNITED STATES OF AMERICA,        )
                                      )
12                                    )
               Respondent.            )
13   _____)

14         On August 19, 2010, Petitioner William D. Brannon filed an Emergency

15   Petition for Writ of Habeas Corpus (Doc. #1), a Motion for Bond Pending Appeal

16   and Emergency Release Due to Health Reasons (Doc. #2).  A review of the Petition

17   shows that this Court lacks jurisdiction to entertain the relief requested by Petitioner

18   Brannon.

19         Specifically, Petitioner Brannon is currently incarcerated in the Federal

20   Correction Complex in Coleman, Florida as a result of his criminal conviction in

21   United States District Court for Eastern District of Tennessee.  Although Petitioner

22   Brannon avers in his Petition that he "is" a resident of Nevada, and indeed may have

23   been a resident of Nevada previously, it is clear that he is not currently incarcerated

24   in the State of Nevada and that the basis for his incarceration occurred as a result of

25   proceedings in this Court.  As a result, the Court finds it lacks jurisdiction to consider

26   his Petition for relief under 28 U.S.C. § 2241.

**IT IS THEREFORE ORDERED that** Petitioner William D. Brannon's Emergency Petition for Writ of Habeas Corpus (Doc. #1) is **DISMISSED** without prejudice to renew the same in the appropriate district.

**IT IS FURTHER ORDERED that** Petitioner William D. Brannon's Motion for Bond Pending Appeal and Emergency Release Due to Health Reasons (Doc. #2) is similarly **DENIED** without prejudice.

DATED:  August 31, 2010.

_____
PHILIP M. PRO
United States District Judge